UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. H-03-04658 § |
| BRUCE E. SNYDER, JR, | § § |
| Defendant. | § § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Amended Placeholder Motion for a New Trial (Doc. No. 282). Defendant raises in this Motion the same arguments that he raised in his motion for a directed verdict and JNOV. For the same reasons that this Court denied those motions, Defendant's Motion for a New Trial is also **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 17th day of May, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT