UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-03-04658 |
| BRUCE E. SNYDER, JR, | § § § | |
| Defendant. | § § | |

## MEMORANDUM AND ORDER

Defendant has filed a "Motion to Alter the Courts' [sic] September 5, 2006 Final Judgment Regarding the Amount [sic] Disgorgement" ("Motion to Alter") (Doc. No. 279). All of the arguments made in the Motion to Alter were made in Defendant's Motion for Judgment as a Matter of Law (Doc. No. 220), Defendant's Renewed Motion for Judgment as a Matter of Law (Doc. No. 247), or are in contradiction of other arguments Defendant has made.[1]

The Motion is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of May, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT

---

[1] For example, Defendant here argues that its expert on damages, Mr. Den Uyl, offered an alternative version of the proper disgorgement amount. Defendant previously argued that there was no basis for any disgorgement. Defendant's Memorandum in Opposition to the Remedies Sought by the SEC (Do. No. 272) at 38-39.