UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. H-03-4658 |
| BRUCE E. SNYDER, JR., | § § § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Defendant Bruce E. Snyder, Jr.'s Motion for Leave of Court to File a Memorandum in Support of His Motion for New Trial Exceeding Twenty-Five Pages (Doc. No. 300) is **GRANTED**.

IT IS SO ORDERED.

SIGNED this 4th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT